**Fill in this information to identify the case:**

Debtor 1 ___Jeanne M. Kurimski___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Wisconsin__
(State)

Case number __19-20601 -beh__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 2 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 4/10/2019

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Attorney's Fees/Payment Change Notification | 1/4/2022 | (11) | $ 125.00 |
| 12. Other. Specify: Attorney's Fees/Payment Change Notification | 2/25/2022 | (12) | $ 125.00 |
| 13. Other. Specify: Attorney's Fees/Notice of Post Petition Fees | 3/25/2022 | (13) | $ 150.00 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Jeanne M. Kurimski                              Case number (*if known*) 19-20601 -beh
First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_                               Date 3/25/22
Signature

Print:    Christopher C. Drout                                Title   Attorney
First Name    Middle Name    Last Name

Company    Gray & Associates, L.L.P.

Address    16345 West Glendale Drive
Number    Street
New Berlin, WI 53151-2841
City    State    ZIP Code

Contact phone    (414) 224-8404                                 Email   bknotices@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Jeanne M. Kurimski

Chapter: 13

Case No. 19-20601 -beh

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on March  25 , 2022, the notice of postpetition mortgage fees, expenses, and charges was electronically filed in this case and served upon the following parties using the ECF system:

Rebecca R. Garcia Trustee

Eastern District U.S. Trustee

Matthew R DeMark

I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Jeanne M. Kurimski
1646 Birchwood Dr
Green Bay, WI 54304-2937

Dated this  25st  day of March, 2022.

_____
Stephanie E Weber, Bankruptcy Analyst
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.