In re:                                                                                                                        Case No. 19-20601-beh

Jeanne M. Kurimski                                                                                  Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2                                      User: adkt                                                                        Page 1 of 3

Date Rcvd: Mar 29, 2022                                Form ID: pdf1                                                       Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanne M. Kurimski, 1646 Birchwood Drive, Green Bay, WI 54304-2937 |
| aty | + | Ally Financial Inc., C/O Joshua J. Brady, Galanis, Pollack, Jacobs & Johnson, S.C., 839 N. Jefferson Street, Suite 200 Milwaukee, WI 53202-3733 |
| 10773163 | + | Philliip George Kurimski, 2485 S. Point Road, Green Bay, WI 54313-5522 |
| 10773172 | + | Washtenaw/Central Mortgage Company, 801 John Barrow Rd Ste 1, Little Rock, AR 72205-6511 |
| 10773171 | + | Washtenaw/Central Mortgage Company, Attention: Bankruptcy, 801 John Barrow Rd. Suite 1, Little Rock, AR 72205-6599 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKNOTICES@GRAY-LAW.COM | Mar 29 2022 23:43:00 | Lakeview Loan Servicing LLC, c/o Gray & Associates, L.L.P., 16345 West Glendale Drive, New Berlin, WI 53151-2841 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:40:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10786042 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:42:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 10773150 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:42:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 10773151 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:42:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 10773153 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2022 23:42:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 10773152 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2022 23:42:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 10773154 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:40:42 | Capital One NA, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10773155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:40:37 | Capital One NA, PO Box 26625, Richmond, VA 23261-6625 |
| 10807662 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2022 23:40:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10828762 | + | Email/Text: RASEBN@raslg.com | Mar 29 2022 23:42:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 10773159 | + | Email/Text: bkcy@creditmgt.com | Mar 29 2022 23:43:00 | Credit Management, LP, PO Box 1654, Green Bay, WI 54305-1654 |
| 10773158 | + | Email/Text: EBN@thecmigroup.com | Mar 29 2022 23:42:00 | Credit Management, LP, Attn: Bankruptcy, PO Box 118288, Carrolton, TX 75011-8288 |

| | | | |
|---|---|---|---|
| 10773160 | + Email/Text: bankruptcynotices@dcicollect.com | Mar 29 2022 23:43:00 | Diversified Consultants, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 10773156 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2022 23:40:48 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 10773157 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2022 23:40:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 10773161 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2022 23:42:00 | Kohls/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 10773162 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2022 23:42:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 10788925 | + Email/Text: cmcbankruptcygroup@arvest.com | Mar 29 2022 23:42:00 | Lakeview Loan Servicing LLC, c/o Arvest Central Mortgage Company, 801 John Barrow Road, Suite 1, Little Rock, AR 72205-6599 |
| 10806841 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 23:43:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 10774354 | + Email/PDF: rmscedi@recoverycorp.com | Mar 29 2022 23:40:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10777676 | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2022 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 10773164 | Email/Text: amieg@stcol.com | Mar 29 2022 23:42:00 | State Collection Service, Attention: Bankruptcy, PO Box 6250, Madison, WI 53716 |
| 10773165 | Email/Text: amieg@stcol.com | Mar 29 2022 23:42:00 | State Collection Service, PO Box 6250, Madison, WI 53701 |
| 10773166 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:40:49 | Synchrony Bank/GAP, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 10773167 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:40:49 | Synchrony Bank/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 10773168 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:40:49 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 10773169 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:40:49 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 10773170 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:40:38 | Synchrony Bank/Toys R Us, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher C. Drout | on behalf of Creditor Lakeview Loan Servicing LLC cdrout@gray-law.com bknotices@gray-law.com;bknotice@gmail.com |
| Jay J. Pitner | on behalf of Creditor Lakeview Loan Servicing LLC bknotices@gray-law.com;bknotice@gmail.com |
| Joshua J. Brady | on behalf of Attorney Ally Financial Inc. jbrady@gpjlaw.com jjohnson-schafer@gpjlaw.com |
| Matthew R DeMark | on behalf of Debtor Jeanne M. Kurimski matt@riverwoodlas.com demarkmr89639@notify.bestcase.com;crystal@riverwoodlas.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | filings@ch13oshkosh.com |
| Rebecca R. Garcia | on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
JEANNE M KURIMSKI

Chapter 13

Debtor

Case No. 2019-20601-BEH-13

# MOTION AND NOTICE OF MOTION TO DISMISS - CONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Rebecca R. Garcia pursuant to 11 U.S.C. 1307(c), does hereby move the Court for an Order dismissing this case for cause, including;

Material default with regard to a confirmed plan, specifically for the reason that the debtor:

Failure to make payments as required by 11 U.S.C. § 1326.

Failure to provide the Chapter 13 Trustee with copies of the 2019 and 2020 income tax returns.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, should you have one in this case.  (If you do not have an attorney, you may wish to consult one).

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202 WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE.  SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.**

/s/ Jennifer K. Marchinowski  
Staff Attorney  
March 29, 2022

**Rebecca R. Garcia**  
**Chapter 13 Standing Trustee**  
**P O Box 3170**  
**Oshkosh, WI 54903-3170**  
**920.231.2150**  
**Fax 920.231.5713**