UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  In Proceedings Under Chapter 13
Jeanne Kurimski, Debtor.  Case No. 19-20601-beh

## NOTICE OF HEARING ON DEBTORS' OBJECTION
## TO TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that a telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on April 19, 2022 at 10:30 a.m., to consider the Trustee's Motion to Dismiss. To appear by telephone, you must call the court conference line at 1-888-808-6929, and enter access code 9122579 before the scheduled hearing time. The court may already be in session, so please wait quietly on the telephone for your case to be called. [If represented by an attorney, the debtor is welcome, but not required, to participate in this hearing. If the debtor is not represented by an attorney, the debtor is required to participate in this hearing.]

Dated: April 1, 2022                            /s/ Matthew R. DeMark
                                                Matthew R. DeMark

Matthew R. DeMark, Debtor's Counsel
Riverwood Legal & Accounting Services, S. C.
N19 W24200 Riverwood Drive, Suite 150, Waukesha, WI 53188
Phone: 262-446-8145 – Fax: 262-436-2628
Email: **matt@riverwoodlas.com**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
Jeanne Kurimski, Debtor.

In Proceedings Under Chapter 13  
Case No. 19-20601-beh

## DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Now comes the Debtor, Jeanne Kurimski, by and through her attorney, Matthew R. DeMark of Riverwood Legal & Accounting Services, S. C., objecting to the relief requested in the Motion to Dismiss filed by Rebecca R. Garcia, Chapter 13 Trustee, for the following reasons: (1) The Debtor fell behind on trustee payments in the amount of $1,405; (2) the Debtor will be making payment within the next 7 days to bring her arrearage current; (3) The Debtor filed the Chapter 13 petition and plan in good faith and intend to fully prosecute the case.

WHEREFORE, the Debtor prays for denial of the Trustee's Motion to Dismiss or alternatively, for entry of an agreed order resolving this matter.

Dated: April___, 2022

/s/ Matthew R. DeMark  
Matthew R. DeMark

Matthew R. DeMark, Debtor's Counsel  
Riverwood Legal & Accounting Services, S. C.  
N19 W24200 Riverwood Drive, Suite 150, Waukesha, WI 53188  
Phone: 262-446-8145 – Fax: 262-436-2628  
Email: **matt@riverwoodlas.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  
Jeanne Kurimski, Debtor.

In Proceedings Under Chapter 13  
Case No. 19-20601-beh

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN, WAUKESHA COUNTY } ss.

I, Matthew R. DeMark, an attorney, state under oath that I am the Debtor's Counsel of Record at the office of Riverwood Legal and Accounting Services, S. C., N19 W24200 Riverwood Drive, Suite 145, Waukesha WI 53188-1193 and that on the 1st day of April, 2022, I delivered a copy of the Notice of Hearing and Objection to Trustee's Motion to Dismiss, to the following parties by the methods proscribed:

| | |
|---|---|
| Rebecca Garcia, Chapter 13 Trustee | (Served via ECF Electronic Notice) |
| Office of the United States Trustee | (Served via ECF Electronic Notice) |

Dated: <u>April 1, 2022</u>  /s/ Matthew R. DeMark  
Matthew R. DeMark

Matthew R. DeMark, Debtor's Counsel  
Riverwood Legal & Accounting Services, S. C.  
N19 W24200 Riverwood Drive, Suite 150, Waukesha, WI 53188  
Phone: 262-446-8145 – Fax: 262-436-2628  
Email: **matt@riverwoodlas.com**