So Ordered.

Dated: April 8, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: <br> JEANNE M KURIMSKI | Chapter 13 <br> Case No. 2019-20601-BEH-13 |
| Debtor | |

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

Based on an agreement between the Chapter 13 Trustee and the Debtor, the Trustee's motion to dismiss is denied subject to the following terms:

1. The Debtor must pay $1,405.00 to the Chapter 13 Trustee to be received on or before May 2, 2022.

2. The Debtor must pay $465.00 monthly, or whatever amount is in any modified plan, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with May 2022 and continuing through and including January 2023.

3. The Trustee may file an affidavit or certification of default and order dismissing this case if the Debtor fails to comply with the deadlines stated above.

Rebecca R. Garcia
Chapter 13 Standing Trustee
P O Box 3170
Oshkosh, WI 54903-3170
920.231.2150
Fax 920.231.5713
E-mail info@ch13oshkosh.com

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

5. The denial of the motion to dismiss is without prejudice to the Trustee filing another motion for any future defaults.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####