In re:                                     Case No. 19-20601-beh
Jeanne M. Kurimski                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2            User: adkt            Page 1 of 2
Date Rcvd: Apr 08, 2022      Form ID: pdfhrg        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

**Recip ID**          **Recipient Name and Address**
db                 +   Jeanne M. Kurimski, 1646 Birchwood Drive, Green Bay, WI 54304-2937

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

**Name**                 **Email Address**

Christopher C. Drout
     on behalf of Creditor Lakeview Loan Servicing LLC cdrout@gray-law.com bknotices@gray-law.com;bknotice@gmail.com

Jay J. Pitner
     on behalf of Creditor Lakeview Loan Servicing LLC bknotices@gray-law.com;bknotice@gmail.com

Joshua J. Brady
     on behalf of Attorney Ally Financial Inc. jbrady@gpjlaw.com jjohnson-schafer@gpjlaw.com

Matthew R DeMark
     on behalf of Debtor Jeanne M. Kurimski matt@riverwoodlas.com
     demarkmr89639@notify.bestcase.com;crystal@riverwoodlas.com

Office of the U. S. Trustee
     ustpregion11.mi.ecf@usdoj.gov

Rebecca R. Garcia
     filings@ch13oshkosh.com

Rebecca R. Garcia
                        on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com

TOTAL: 7

So Ordered.

Dated: April 8, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:
JEANNE M KURIMSKI

Chapter 13
Case No. 2019-20601-BEH-13

Debtor

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

Based on an agreement between the Chapter 13 Trustee and the Debtor, the Trustee's motion to dismiss is denied subject to the following terms:

1. The Debtor must pay $1,405.00 to the Chapter 13 Trustee to be received on or before May 2, 2022.

2. The Debtor must pay $465.00 monthly, or whatever amount is in any modified plan, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with May 2022 and continuing through and including January 2023.

3. The Trustee may file an affidavit or certification of default and order dismissing this case if the Debtor fails to comply with the deadlines stated above.

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

5. The denial of the motion to dismiss is without prejudice to the Trustee filing another motion for any future defaults.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####