So Ordered.

Dated: April 11, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Jeanne M. Kurimski<br><br>Debtor. | Chapter: 13<br><br>Case No. 19-20601-beh |

### ORDER GRANTING MOTION OF DEBTOR FOR PERMISSION TO PURSUE LOSS MITIGATION REMEDIES

Pursuant to the motion of debtor to pursue loss mitigation remedies with Lakeview Loan Servicing, LLC and its loan servicer Arvest Central Mortgage Company (hereinafter collectively and at all times material hereto "the creditor") with respect to the property located at 1646 Birchwood Dr, Green Bay, WI 54304-2937, and there being no opposition to that motion,

IT IS HEREBY ORDERED as follows:

1. The motion is in all respects granted and that the automatic stay is hereby modified to permit the parties to offer, negotiate and enter into loss mitigation or mortgage modification options.

2. This order is effective upon its entry.

#####

Drafted by:

Matthew Richard DeMark
Riverwood Legal and Accounting Services SC
N19W24200 Riverwood Dr Ste 145
Waukesha WI 53188-1193
Phone: (262) 446-8145
Fax: (262) 436-2628
Email: matt@riverwoodlas.com