United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 19-20601-beh |
| Jeanne M. Kurimski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0757-2  User: adkt  Page 1 of 2
Date Rcvd: Apr 11, 2022  Form ID: pdfhrg  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanne M. Kurimski, 1646 Birchwood Drive, Green Bay, WI 54304-2937 |
| aty | + | Ally Financial Inc., C/O Joshua J. Brady, Galanis, Pollack, Jacobs & Johnson, S.C., 839 N. Jefferson Street, Suite 200 Milwaukee, WI 53202-3733 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKNOTICES@GRAY-LAW.COM | Apr 11 2022 23:12:00 | Lakeview Loan Servicing LLC, c/o Gray & Associates, L.L.P., 16345 West Glendale Drive, New Berlin, WI 53151-2841 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2022 23:16:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2022       Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher C. Drout | on behalf of Creditor Lakeview Loan Servicing LLC cdrout@gray-law.com bknotices@gray-law.com;bknotice@gmail.com |
| Jay J. Pitner | |

|  |  |
|---|---|
|  | on behalf of Creditor Lakeview Loan Servicing LLC bknotices@gray-law.com;bknotice@gmail.com |
| Joshua J. Brady | |
|  | on behalf of Attorney Ally Financial Inc. jbrady@gpjlaw.com  jjohnson-schafer@gpjlaw.com |
| Matthew R DeMark | |
|  | on behalf of Debtor Jeanne M. Kurimski matt@riverwoodlas.com demarkmr89639@notify.bestcase.com;crystal@riverwoodlas.com |
| Office of the U. S. Trustee | |
|  | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | |
|  | on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com |
| Rebecca R. Garcia | |
|  | filings@ch13oshkosh.com |

TOTAL: 7

So Ordered.

Dated: April 11, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Jeanne M. Kurimski<br><br>Debtor. | Chapter: 13<br><br>Case No. 19-20601-beh |

### ORDER GRANTING MOTION OF DEBTOR FOR PERMISSION TO PURSUE LOSS MITIGATION REMEDIES

Pursuant to the motion of debtor to pursue loss mitigation remedies with Lakeview Loan Servicing, LLC and its loan servicer Arvest Central Mortgage Company (hereinafter collectively and at all times material hereto "the creditor") with respect to the property located at 1646 Birchwood Dr, Green Bay, WI 54304-2937, and there being no opposition to that motion,

IT IS HEREBY ORDERED as follows:

1. The motion is in all respects granted and that the automatic stay is hereby modified to permit the parties to offer, negotiate and enter into loss mitigation or mortgage modification options.

2. This order is effective upon its entry.

#####

Drafted by:

Matthew Richard DeMark
Riverwood Legal and Accounting Services SC
N19W24200 Riverwood Dr Ste 145
Waukesha WI 53188-1193
Phone: (262) 446-8145
Fax: (262) 436-2628
Email: matt@riverwoodlas.com