Certificate Number: 05781-WIE-DE-036797197

Bankruptcy Case Number: 19-20601


05781-WIE-DE-036797197

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2022, at 6:16 o'clock PM PDT, Jeanne Kurimski completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: August 30, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President