United States Bankruptcy Court

Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 19-20601-beh |
| Jeanne M. Kurimski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10788925 | + Email/Text: cmcbankruptcygroup@arvest.com | Aug 31 2022 23:19:00 | Lakeview Loan Servicing LLC, c/o Arvest Central Mortgage Company, 801 John Barrow Road, Suite 1, Little Rock, AR 72205-6599 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 02, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher C. Drout | on behalf of Creditor Lakeview Loan Servicing LLC cdrout@gray-law.com bknotices@gray-law.com;bknotice@gmail.com |
| Jay J. Pitner | on behalf of Creditor Lakeview Loan Servicing LLC bknotices@gray-law.com;bknotice@gmail.com |
| Joshua J. Brady | on behalf of Attorney Ally Financial Inc. jbrady@gpjlaw.com jjohnson-schafer@gpjlaw.com |
| Matthew R DeMark | on behalf of Debtor Jeanne M. Kurimski matt@riverwoodlas.com demarkmr89639@notify.bestcase.com;crystal@riverwoodlas.com |

Office of the U. S. Trustee
    ustpregion11.mi.ecf@usdoj.gov

Rebecca R. Garcia
    filings@ch13oshkosh.com

Rebecca R. Garcia
    on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Wisconsin
Case No. 19-20601-beh
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeanne M. Kurimski
1646 Birchwood Drive
Green Bay WI 54304

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/30/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Lakeview Loan Servicing LLC, c/o Arvest Central Mortgage Company, 801 John Barrow Road, Suite 1, Little Rock, AR 72205 | Lakeview Loan Servicing, LLC<br>c/o Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/22

Janet L. Medlock
**CLERK OF THE COURT**