So Ordered.

Dated: October 5, 2022



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:

JEANNE M KURIMSKI

Case No. 2019-20601-BEH-13

Debtor

Chapter 13

## ORDER GRANTING THE TRUSTEE'S MOTION TO MODIFY THE CONFIRMED CHAPTER 13 PLAN AND TO LIMIT NOTICE

The trustee has moved pursuant to 11 U.S.C. §1329(a)(1) and Federal Rule of Bankruptcy Procedure 3015(h) to modify Part 5.1 of the confirmed chapter 13 plan to increase the plan's distribution to holders of allowed nonpriority unsecured claims and has requested that the court limit notice of that motion pursuant to Rule 9007. Based on the record, IT IS HEREBY ORDERED as follows:

1.  Part 5.1 of the confirmed plan is modified to increase distributions to holders of nonpriority unsecured claims as provided in the trustee's motion to modify for the remainder of the 60-month plan; and

2.  The trustee's request to limit notice is granted.

#####