UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: JEANNE M KURIMSKI        Case No. 19-20601-BEH

Chapter 13

Debtor

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION OF PAYMENTS TO THE TRUSTEE

    The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

    This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

    Respectfully submitted this 6th day of October 2022.

/s/_____
Rebecca R. Garcia
Chapter 13 Trustee
PO Box Box 3170
Oshkosh, WI 54903
(920) 231-2150

c:     RIVERWOOD LEGAL & ACCOUNTING SERVICES SC (via CM/ECF only)
       JEANNE M KURIMSKI