United States Bankruptcy Court

Eastern District of Wisconsin

In re:                                                                          Case No. 19-20601-beh

Jeanne M. Kurimski                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2                          User: adkt                                    Page 1 of 2

Date Rcvd: Oct 05, 2022                       Form ID: pdf5                             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeanne M. Kurimski, 1646 Birchwood Drive, Green Bay, WI 54304-2937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher C. Drout | |
| | on behalf of Creditor Lakeview Loan Servicing LLC cdrout@gray-law.com  bknotices@gray-law.com;bknotice@gmail.com |
| Jay J. Pitner | |
| | on behalf of Creditor Lakeview Loan Servicing LLC bknotices@gray-law.com;bknotice@gmail.com |
| Joshua J. Brady | |
| | on behalf of Attorney Ally Financial Inc. jbrady@gpjlaw.com  jjohnson-schafer@gpjlaw.com |
| Matthew R DeMark | |
| | on behalf of Debtor Jeanne M. Kurimski matt@riverwoodlas.com demarkmr89639@notify.bestcase.com;crystal@riverwoodlas.com |
| Office of the U. S. Trustee | |
| | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | |

filings@ch13oshkosh.com

Rebecca R. Garcia

on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com

TOTAL: 7

So Ordered.

Dated: October 5, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
JEANNE M KURIMSKI

Case No. 2019-20601-BEH-13

Debtor

Chapter 13

**ORDER GRANTING THE TRUSTEE'S MOTION TO MODIFY THE CONFIRMED
CHAPTER 13 PLAN AND TO LIMIT NOTICE**

The trustee has moved pursuant to 11 U.S.C. §1329(a)(1) and Federal Rule of Bankruptcy Procedure

3015(h) to modify Part 5.1 of the confirmed chapter 13 plan to increase the plan's distribution to holders of

allowed nonpriority unsecured claims and has requested that the court limit notice of that motion pursuant to

Rule 9007. Based on the record, IT IS HEREBY ORDERED as follows:

1.  Part 5.1 of the confirmed plan is modified to increase distributions to holders of nonpriority

    unsecured claims as provided in the trustee's motion to modify for the remainder of the 60-

    month plan; and

2.  The trustee's request to limit notice is granted.

#####