**Fill in this information to identify the case:**

Debtor 1: Jeanne M. Kurimski

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Wisconsin (State)

Case number: 19-20601 -beh

# Form 4100R
# Response to Notice of Final Cure Payment                                 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no. (if known):** 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 0 8

**Property address:** 1646 Birchwood Dr
Number    Street

Green Bay, WI 54304-2937
City             State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:  $ _____

## Part 3: Postpetition Mortgage Payments

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11/01/2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____
c. **Total.** Add lines a and b.                                         (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

Form 4100R                   Response to Notice of Final Cure Payment                   page 1

| Debtor 1 | Jeanne M. Kurimski | | Case number (if known) 19-20601-beh |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X __[signature]__  Signature     Date  10/21/22

Print     Jay Pitner
          First Name    Middle Name    Last Name

Title     Attorney

Company   Gray & Associates, L.L.P.

If different from the notice address listed on the proof of claim to which this response applies:

Address   16345 West Glendale Drive
          Number    Street

          New Berlin, WI 53151-2841
          City                State    ZIP Code

Contact phone  (414) 224-8404           Email  bknotices@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Jeanne M. Kurimski

Chapter: 13

Case No. 19-20601 -beh

    Debtor.

## CERTIFICATE OF SERVICE

    I hereby certify that on October 21, 2022, the response to notice of final cure payment was electronically filed in this case and served upon the following parties using the ECF system:

Rebecca R. Garcia Trustee

Eastern District U.S. Trustee

Matthew R DeMark

    I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Jeanne M. Kurimski
1646 Birchwood Dr
Green Bay, WI 54304-2937

Dated this 21st day of October, 2022.

    /s/ Stephanie Weber
Stephanie E Weber, Bankruptcy Analyst
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.