| In re: | Case No. 19-20601-beh |
|---|---|
| Jeanne M. Kurimski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0757-2 | User: adkt | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf6 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanne M. Kurimski, 1646 Birchwood Drive, Green Bay, WI 54304-2937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher C. Drout | on behalf of Creditor Lakeview Loan Servicing LLC cdrout@gray-law.com bknotices@gray-law.com;bknotice@gmail.com |
| Jay J. Pitner | on behalf of Creditor Lakeview Loan Servicing LLC bknotices@gray-law.com;bknotice@gmail.com |
| Joshua J. Brady | on behalf of Attorney Ally Financial Inc. jbrady@gpjlaw.com jjohnson-schafer@gpjlaw.com |
| Matthew R DeMark | on behalf of Debtor Jeanne M. Kurimski matt@riverwoodlas.com demarkmr89639@notify.bestcase.com;crystal@riverwoodlas.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | |

filings@ch13oshkosh.com

Rebecca R. Garcia
on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:  
    JEANNE M KURIMSKI  

    Debtor(s)

Case No. 19-20601-BEH

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Rebecca R. Garcia, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/23/2019.

2) The plan was confirmed on 07/17/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/20/2020, 12/14/2020, 10/05/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/23/2020, 03/29/2022.

5) The case was completed on 09/12/2022.

6) Number of months from filing or conversion to last payment: 44.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $45,198.00.

10) Amount of unsecured claims discharged without full payment: $19,029.59.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $16,910.00 |
| Less amount refunded to debtor | $10.00 |
| **NET RECEIPTS:** | **$16,900.00** |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,148.45 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,648.45** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Secured | 11,558.00 | 10,261.15 | 10,261.15 | 1,956.83 | 673.91 |
| Barclays Bank Delaware | Unsecured | 2,302.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,958.00 | 3,181.22 | 3,181.22 | 331.10 | 0.00 |
| CHASE BANK USA NA | Unsecured | 6,171.00 | 6,402.30 | 6,402.30 | 666.37 | 0.00 |
| Credit Management, LP | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| GRAY AND ASSOCIATES LLP | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 2,065.00 | 2,209.36 | 2,209.36 | 229.95 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 3,656.00 | 8,674.82 | 6,811.01 | 6,811.01 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | NA | 800.00 | 800.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | NA | 400.00 | 400.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,273.00 | 2,450.07 | 2,450.07 | 255.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 3,044.00 | 3,145.44 | 3,145.44 | 327.38 | 0.00 |
| State Collection Service | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Toys r Us | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | OTHER | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,811.01 | $6,811.01 | $0.00 |
| Debt Secured by Vehicle | $10,261.15 | $1,956.83 | $673.91 |
| All Other Secured | $1,200.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,272.16** | **$8,767.84** | **$673.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,388.39** | **$1,809.80** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,648.45 |
| Disbursements to Creditors | $11,251.55 |
| **TOTAL DISBURSEMENTS:** | **$16,900.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/17/2022

By: /s/ Rebecca R. Garcia
                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**